

One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
PHONE 415.947.2000
FAX 415.947.2099
www.wsgr.com

May 4, 2017

**VIA ECF**

Mr. Peter R. Marksteiner
Clerk of the Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place., N.W.
Washington, DC 20439

    Re:  Notice Regarding Conflicts with Argument Dates
          *Creative Technology Ltd. v. International Trade Commission*
          Federal Circuit Case No. 2016-2715

Dear Mr. Marksteiner:

I am principal counsel for Intervenors Google Inc., BlackBerry Corporation, BlackBerry Ltd., Lenovo Group Ltd., Lenovo (United States) Inc., and Motorola Mobility, LLC in the above-captioned matter, and will present oral argument on behalf of all Intervenors.

Pursuant to the April 27, 2017 Notice of Docket Activity, I write to advise the Court of Intervenors' scheduling conflicts for the upcoming court weeks. In particular, Intervenors request that the Court not schedule oral argument in the above-captioned matter for the August 7-11 and November 6-9 court weeks due to prior scheduling conflicts.

Thank you for your consideration.

                                      Sincerely,

                                      WILSON SONSINI GOODRICH & ROSATI
                                      Professional Corporation

                                      Stefani E. Shanberg

cc: counsel of record (via ECF)

## PROOF OF SERVICE

I hereby certify that all counsel of record have been served with a true and correct copy of the above and foregoing document via the Court's CM/ECF system on May 4, 2017.

*/s/ Stefani E. Shanberg*
Stefani E. Shanberg