No. 16-2715

# United States Court of Appeals
### FOR THE FEDERAL CIRCUIT

CREATIVE TECHNOLOGY LTD., CREATIVE LABS, INC.,

*Appellants*

v.

INTERNATIONAL TRADE COMMISSION

*Appellee*

GOOGLE INC., BLACKBERRY CORPORATION, BLACKBERRY LTD., HTC AMERICA, INC., HTC CORPORATION, LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG ELECTRONICS MOBILECOMM U.S.A., INC, LENOVO GROUP LTD., LENOVO (UNITED STATES) INC., MOTOROLA MOBILITY, LLC, SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SONY CORPORATION, SONY MOBILE COMMUNICATIONS INC., SONY MOBILE COMMUNICATIONS AB, SONY MOBILE COMMUNICATIONS (USA) INC., ZTE CORPORATION, ZTE (USA) INC.,

*Intervenors*

Appeal from the United States International Trade Commission in Investigation No. 337-TA-994

**MOTION FOR WITHDRAWAL OF STEFANI E. SHANBERG, JENNIFER J. SCHMIDT, EUGENE MARDER, AND MADELEINE E. GREENE AS COUNSEL FOR GOOGLE INC., MOTOROLA MOBILITY LLC, LENOVO (UNITED STATES) INC., LENOVO GROUP LTD., BLACKBERRY LTD., AND BLACKBERRY CORPORATION**

May 19, 2017

Stefani E. Shanberg
Jennifer J. Schmidt
Eugene Marder

Madeleine E. Greene
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA  94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Veronica S. Ascarrunz
WILSON SONSINI GOODRICH & ROSATI
1700 K Street, NW, Fifth Floor
Washington, D.C. 20006
Telephone: (202) 973-8800
Facsimile: (202) 973-8899

*Counsel for Google Inc., Motorola Mobility LLC, Lenovo (United States) Inc., Lenovo Group Ltd., BlackBerry Ltd., and BlackBerry Corporation*

# **CERTIFICATE OF INTEREST**

Counsel for Intervenors Google Inc., BlackBerry Ltd., BlackBerry Corporation, Motorola Mobility LLC, Lenovo (United States) Inc., and Lenovo Group Ltd. certifies the following:

1. The full name of every party represented by the undersigned counsel in this case is: Google Inc., BlackBerry Ltd., BlackBerry Corporation, Motorola Mobility LLC, Lenovo (United States) Inc., and Lenovo Group Ltd.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is: N/A.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the parties represented by me:

Alphabet Inc., a publicly held company (NASDAQ: GOOG, GOOGL), has more than 10% ownership of Google Inc. No publicly held company owns 10% or more of Alphabet Inc.'s stock.

BlackBerry Corporation is a wholly-owned subsidiary of BlackBerry Ltd. BlackBerry Ltd. is a publicly held company, and no publicly held company owns 10% or more of its stock.

Motorola Mobility LLC is a wholly-owned subsidiary of Motorola Mobility Holdings LLC, which is a wholly-owned subsidiary of Motorola Mobility Global Holdings Limited, which is a wholly-owned subsidiary of

Lenovo Group Limited. Lenovo (United States) Inc. is a wholly-owned subsidiary of Lenovo Holding Company Inc., which is indirectly, a wholly-owned subsidiary of Lenovo Group Limited. Lenovo Group Limited is a publicly-traded company, and as of March 31, 2016, Legend Holdings Corporation owned 10% or more of stock in Lenovo Group Limited.

4. The names of the law firms and the partners and associates that have appeared for Google Inc. in the International Trade Commission or are expected to appear for Google Inc. in this Court and who are not already listed on the docket for the current case are:

Wilson, Sonsini, Goodrich & Rosati: Robin L. Brewer and Michael J. Guo.

The names of the law firms and the partners and associates that have appeared for BlackBerry Ltd. and BlackBerry Corporation in the International Trade Commission or are expected to appear for BlackBerry Ltd. and BlackBerry Corporation in this Court and who are not already listed on the docket for the current case are:

Wilson, Sonsini, Goodrich & Rosati: Robin L. Brewer and Michael J. Guo.

Morrison & Foerster, LLP: Hector G. Gallegos, G. Brian Busey, Lynn Levine, Fahd H. Patel, Mary Prendergast, and Corinna J. Alanis.

The names of the law firms and the partners and associates that have appeared for Motorola Mobility LLC, Lenovo (United States) Inc., and Lenovo

Group Ltd. in the International Trade Commission or are expected to appear for Motorola Mobility LLC, Lenovo (United States) Inc., and Lenovo Group Ltd. in this Court and who are not already listed on the docket for the current case are:

Wilson, Sonsini, Goodrich & Rosati: Robin L. Brewer and Michael J. Guo.

Winston & Strawn LLP: Jonathan E. Retsky, James Winn, Andrew R. Sommer, and Cyrus T. Frelinghuysen.

Date: May 19, 2017  Respectfully submitted,

/s/ *Stefani E. Shanberg*
Stefani E. Shanberg
Jennifer J. Schmidt
Eugene Marder
Madeleine E. Greene
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Veronica S. Ascarrunz
WILSON SONSINI GOODRICH & ROSATI
1700 K Street, N.W., 5th Floor
Washington, D.C. 20006
Telephone: (202) 973-8800
Facsimile: (202) 973-8899

*Counsel for Intervenors Google Inc., Motorola Mobility LLC, Lenovo (United States) Inc., Lenovo Group Ltd., BlackBerry Ltd., and BlackBerry Corporation*

Daniel P. Muino
MORRISON & FOERSTER, LLP
2000 Pennsylvania Ave., N.W., Suite 6000
Washington, D.C. 20006
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

Vincent J. Belusko
MORRISON & FOERSTER LLP
707 Wilshire Blvd.
Los Angeles, CA 90017-3543
Telephone: (213) 892-5200

*Counsel for Intervenors BlackBerry Ltd. and BlackBerry Corporation*

Intervenors Google Inc. ("Google"), Motorola Mobility LLC, Lenovo (United States) Inc., Lenovo Group Ltd. (collectively, "Motorola"), BlackBerry Ltd., and BlackBerry Corporation (collectively, "BlackBerry") request, pursuant to Federal Circuit Rule 47.3(c)(5), the Stefani E. Shanberg, Jennifer J. Schmidt, Eugene Marder, and Madeleine E. Greene of Wilson Sonsini Goodrich & Rosati be allowed to withdraw as counsel of record for Google, Motorola, and BlackBerry in the above-captioned appeal, and that they be removed from the electronic service list in this appeal.

Google, Motorola, and BlackBerry have notice of the withdrawal. Veronica S. Ascarrunz of Wilson Sonsini Goodrich & Rosati will continue to represent these Intervenors.

Appellants Creative Technology Ltd. and Creative Labs, Inc., and Appellee International Trade Commission do not oppose this motion. Granting this motion will not prejudice any party or delay this appeal.

Date: May 19, 2017    Respectfully submitted,

                                              */s/ Stefani E. Shanberg*
                                              Stefani E. Shanberg
                                              Jennifer J. Schmidt
                                              Eugene Marder
                                              Madeleine E. Greene
                                              WILSON SONSINI GOODRICH & ROSATI
                                              One Market Plaza
                                              Spear Tower, Suite 3300

San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Veronica S. Ascarrunz
WILSON SONSINI GOODRICH &
ROSATI
1700 K Street, N.W., 5th Floor
Washington, D.C. 20006
Telephone: (202) 973-8800
Facsimile: (202) 973-8899

*Counsel for Intervenors Google Inc.,
Motorola Mobility LLC, Lenovo (United
States) Inc., Lenovo Group Ltd.,
BlackBerry Ltd., and BlackBerry
Corporation*

## PROOF OF SERVICE

I hereby certify that counsel for Appellants Creative Technologies Ltd. and Creative Labs, Inc. and Appellee International Trade Commission have been served with a true and correct copy of the above and foregoing document via the Court's CM/ECF system on May 19, 2017.

*/s/ Stefani E. Shanberg*
Stefani E. Shanberg
