# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### CREATIVE TECHNOLOGY LTD. v. INTERNATIONAL TRADE COMMISSION

Nos. 16–2715

Entry of Appearance

Please enter my appearance:

    \_\_\_\_Pro Se      ✓ As counsel for: <u>Google Inc.</u>

The parties I represent are:

    \_\_\_\_Petitioner     \_\_\_\_Respondent     \_\_\_Amicus curiae     \_\_\_Cross Appellant

    \_\_\_\_Appellant     \_\_\_\_Appellee     ✓ Intervenor

As amicus curiae or intervenor, this party supports:

    \_\_\_\_Petitioner or appellant     ✓ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Dan L. Bagatell |
| Law firm: | Perkins Coie LLP |
| Address: | 3 Weatherby Road |
| City, State and ZIP: | Hanover, NH 03755–1923 |
| Telephone: | (602) 351–8250 |
| Fax #: | (602) 648–7150 |
| E-mail address: | DBagatell@perkinscoie.com |

Statement to be completed by counsel only (select one):

    ✓ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

    \_\_\_ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):     January 25, 2002

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

    \_\_ Yes     ✓ No

\_\_\_\_A courtroom accessible to the handicapped is required if oral argument is scheduled.


| June 19, 2017 | /s/Dan L. Bagatell |
|---|---|
| Date | Signature of pro se or counsel |

## PROOF OF SERVICE

I certify that the foregoing document was served on registered counsel of record for all parties via the Court's CM/ECF system.

Dated:  June 19, 2017                   /s/Dan L. Bagatell
                                            Dan L. Bagatell