# FARNEY DANIELS PC

*Austin/Georgetown*	411 Borel Avenue, Suite 310	*Minneapolis*
	San Mateo, California 94402
*Silicon Valley*	424-268-5210	*New York*

www.farneydaniels.com

June 23, 2017

**VIA ELECTRONIC FILING**

Hon. Peter R. Marksteiner
Circuit Executive and Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, DC 20439

> Re:   *Creative Technology Ltd. and Creative Labs, Inc. v. International Trade Commission,* Appeal No. 16-2715
> Oral Argument Scheduling

Dear Mr. Marksteiner:

This letter is in response to the "Updated Notice of Oral Argument Date Conflicts" filed by intervenor Google Inc. on June 19, 2017. In that notice, Mr. Bagatell, the newly appointed counsel for Google, requests "that the Court not schedule oral argument in this case during" "the week of September 5–8, 2017" due to his "commitments in two other cases expected to be called for argument during" that week. Although that notice did not identify the two conflicting cases, in subsequent correspondence with Appellants' counsel, Mr. Bagatell identified the two cases as *Google v. Network-1*, Nos. 16-2509 *et al.* and *MACOM v. Infineon*, No. 17-1448, both pending before this Court. Because those are the only conflicts identified by Google's counsel, to the extent either of those cases is not scheduled for argument during the week of September 5–8, 2017, Creative respectfully requests that the *Creative v. ITC*, No. 16-2715 case be considered for scheduling during that week.

Respectfully submitted,

*/s/ Jonathan D. Baker*
Jonathan D. Baker
*Counsel for Appellants Creative Technology Ltd. and Creative Labs, Inc.*

cc:   Counsel of record (via ECF)